# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KIMBERLY CHRISTIAN,

    Plaintiff,

v.                                              Case No. 13-13416

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant.
                                              /

## ORDER OF DISMISSAL

Having been notified by counsel that this matter has been amicably resolved,

IT IS ORDERED that the above-entitled action is DISMISSED without prejudice. Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights. Either party may move to reopen the case by **August 31, 2014**, if settlement is not finalized. After **August 31, 2014**, this dismissal will be with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: August 19, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 19, 2014, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522